## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff  ) | |
| ) | |
| v.  ) | Case No.:   CR-99-14-FHS |
| ) | |
| JACKIE LEON BUSH,  ) | Date:   2/15/11 |
| ) | Court Time:  10:57 a.m. - 12:14 p.m. |
| Defendant.  ) | Total Time:  1 hour 17 minutes |

## MINUTE SHEET - FINAL REVOCATION HEARING

Frank H. Seay, District Judge      D. Allen, Deputy Clerk      Reporter - K. McWhorter
                                                                FTR - #3

Counsel for Plaintiff:   Christopher Wilson, AUSA
Counsel for Defendant:  Robert Ridenour, AFPD

[X]  Defendant appears in person with counsel       [] Counsel waived       [] Contested  [] Uncontested
[X]  Defendant acknowledged receipt of claimed violations and Court advised defendant of rights, charges and possible penalties for same

|  WITNESS:  Government | WITNESS:  Defendant |
|---|---|
| 1. _____ | 1. ___Mike Hendley_____2/15/11___ |

**Government's Exhibit 1 - Incident Report dated 1/25/11 - admitted w/o**

[X]  Defendant and counsel asked if they care to say anything before sentence is pronounced
     [ ] Statements by Government in aggravation/mitigation of punishment
     [X] Statements by defendant's counsel including request for leniency in sentencing
     [ ] Statements by defendant

**SENTENCE**:
[X]  Court found defendant has violated the terms and conditions of his Conditional Release and his Conditional Release is REVOKED and defendant is hereby committed to the custody of the Attorney General of the United States.  It is further ordered that the Attorney General make arrangements for the hospitalization of the defendant until such time as the director of the facility of which the defendant is hospitalized determines that the defendant has recovered from his mental disease and defect to such extent that defendant's release under a prescribed regimen of medical, psychiatric or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another.  In such an event, it is ordered that the director of that facility promptly file a certificate to that effect with this Court.  It is further ordered that the defendant be immediately returned to the Federal Medical Center in Springfield, Missouri.
[X]  Defendant advised of right to appeal      [] Defendant gives oral notice of appeal
[X]  Defendant remanded to custody of U.S. Marshal