Prob12C
(8/01)

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Oklahoma
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jackie Leon Bush  Case Number: CR-99-14-RAW

Name of Judicial Officer:   The Honorable Ronald A. White

Date of Original Sentence: May 12, 2004
Date of Revocation: February 15, 2011

Original Offense: Offense Committed in Indian Country, Title 18, Section 1153, and Assaults Within Maritime and Territorial Jurisdiction, Title 18, Section 113

Original Sentence: Found Not Guilty by Reason of Insanity
Revocation Sentence: Defendant immediately returned to the Federal Medical Center in Springfield, Missouri.

Type of Supervision:  Conditional Release   Date Supervision Commenced: September 21, 2011

Asst. U.S. Attorney:   Shannon Henson            Defense Attorney: Michael A. Abel

## PETITIONING THE COURT

[X]      To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Condition #2** | **The defendant shall continue to be medication compliant and take prescribed medications as ordered and as may be adjusted by his treating psychiatrist in the community.** |
| | The defendant has failed to comply with taking his prescribed medications since August 20, 2022. On August 22, 2022, staff at the 3C's Boarding House advised the defendant had been making statements about killing another resident and continues to be medication non-compliant. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]     Revoked

|  |  |
|---|---|
| Reviewed and approved, | Respectfully submitted, |
| by:  s/ Robert L. Gwin | by:  s/ Hilary Kirk |
| Robert L. Gwin<br>Supervisory U. S. Probation Officer<br>Date: August 23, 2022 | Hilary Kirk<br>Sr. U.S. Probation Officer<br>Date: August 23, 2022 |

THE COURT ORDERS

[   ]  No Action
[ X ]  The Issuance of a Warrant
[   ]  The Issuance of a Summons
[   ]  Other

Dated this 23rd day of August, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA